IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDY PAUL | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. |
| VS. | * | |
| | * | |
| EQUIFAX INFORMATION SERVICES, LLC | * | COMPLAINT AND DEMAND |
| | * | FOR A JURY TRIAL |
| DEFENDANT | * | |

# COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer, who had a judgment vacated against her but which remained on her consumer report, for defendant Equifax Information Services, LLC's violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. §1681p, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, Wendy Paul (hereinafter referred to as "plaintiff" or "Ms. Paul") is a natural person who resides in Iberville Parish, Louisiana, and is a "consumer" as defined by the FCRA, 15 U.S.C. § 1681a(c).

4. Defendant, Equifax Information Services, LLC (hereinafter referred to as "Equifax"), is a consumer reporting agency under the FCRA. Equifax is a foreign limited liability company doing business in the state of Louisiana, who can be served through its registered agent for service of process, Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802.

## IV. FACTUAL ALLEGATIONS

5.  Plaintiff was sued in the City Court of Baton Rouge by Scott Gaspard, for attorney's fees she allegedly owed to Gaspard, in a matter entitled, "Scott P. Gaspard v. Wendy Paul," Suit Number 11-006291-D.

6.  On January 19, 2012, a default judgment was signed in that matter in favor of Scott P. Gaspard and against Ms. Paul for the sum of $2665.97 plus 25% attorney's fees of all amounts owing, together with legal interest and court costs.

7.  Equifax maintains files on millions of consumers in the United States and sells tens of millions of consumer reports each year to entities who have permissible purposes to request such reports under the FCRA.

8.  Ms. Paul later raised an issue of the service of the original petition filed therein, and the parties agreed to vacate and set aside this judgment, and have the case dismissed with prejudice.

9.  On February 27, 2015, the parties filed a Joint Motion to Vacate Judgment, and the court signed the order vacating and setting aside this judgment on March 4, 2015, a copy of the motion and order is attached hereto and incorporated herein.

10. Ms. Paul then recorded a certified copy of this motion and signed order in the mortgage records for East Baton Rouge Parish.

11. Ms. Paul thereafter disputed the listing of this judgment to the three major consumer reporting agencies, defendant Equifax, Trans Union, LLC ("Trans Union"), and Experian Information Solutions, Inc. ("Experian"), in writing and enclosing a certified copy of the order vacating and setting aside this judgment.

12.	In response to Ms. Paul's dispute of this vacated judgment, defendant Equifax reinvestigated it and thereafter maintained and verified this judgment on Ms. Paul's consumer report in June 2015.

13.	Ms. Paul then disputed in writing this vacated judgment again to defendant Equifax.

14.	In response to Ms. Paul's last dispute, defendant Equifax reinvestigated the vacated judgment and thereafter maintained and verified this judgment on Ms. Paul's consumer report.

15.	Despite plaintiff's disputes, Equifax maintained the vacated judgment on plaintiff's consumer reports and has published it thereafter with this same erroneous information.

## DEFENDANT'S PRACTICES

16.	Defendant Equifax negligently and willfully failed to comply with the requirements of FCRA, including but not limited to:

   a)	failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer reports concerning plaintiff, as required by 15 U.S.C. § 1681e(b); and

   b)	failing to comply with the reinvestigation requirements in 15 U.S.C. § 1681i(a).

17.	As a result of defendant Equifax's failures to comply with the requirements of the FCRA, plaintiff has suffered actual damages, including stress, humiliation, embarrassment, damage to her reputation, emotional distress, and at least one denial of credit for which she seeks damages in amounts to be determined by the jury. Plaintiff also seek punitive damages from the

defendant in an amount to be determined by the jury.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against defendant Equifax Information Services, LLC for:

a) Actual damages;

b) Punitive damages;

c) Attorney fees, litigation expenses and costs; and

d) Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com