IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDY PAUL | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 16-91-JJB-EWD |
| VS. | * | |
| | * | |
| EQUIFAX INFORMATION SERVICES, LLC | * | |
| | * | |
| DEFENDANT | * | |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Wendy Paul, plaintiff herein, who notifies the court that she has settled her claims against defendant Equifax Information Services, L.L.C., and request the court enter a dismissal of her claims with prejudice.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number:  20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of October, 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number:  20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801

                                        Telephone Number:  (225) 343-0700  
                                        Facsimile Number: (225) 343-7700  
                                        E-mail: GarthRidge@aol.com